976 F.2d 726
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joe MURVIN, Plaintiff-Appellant,
v.
Frank EVANS; Randy Lee; Lieutenant Soliman; Sergeant
Jones; Sergeant Dixon, Defendants-Appellees.
 No. 92-6686.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: August 31, 1992
Decided: September 23, 1992
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-92-255-BR)
 Joe Murvin, Appellant Pro Se.
 E.D.N.C.
 AFFIRMED.
 Before SPROUSE and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Joe Murvin appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Murvin v. Evans, No. CA-92-225-BR (E.D.N.C. May 4, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED